```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**FIRST GUARANTY BANK**                              **CIVIL ACTION**

**VERSUS**                                           **NO. 06-3497**

**BANCINSURE, INC.**                                 **SECTION B(5)**

### ORDER

Before the Court is Defendant BancInsure, Inc.'s ("BancInsure") Motion For Leave To File Dispositive Motion Out Of Time (Rec. Doc. No. 58) and BancInsure's Motion For Summary Judgment As To Collusion. After review of the pleadings and applicable law, and for the reasons that follow,

**IT IS ORDERED** that BancInsure's Motion For Leave To File Dispositive Motion Out Of Time is **GRANTED.**

**IT IS FURTHER ORDERED** that BancInsure's Motion For Summary Judgment As To Collusion is **DENIED.**

By its own writings, Defendant BancInsure would provide coverage for losses caused by collusion between a dishonest bank employee and borrower on the bank's loan <u>and</u> coverage for losses occasioned by transactions that created a creditor relationship in favor of the bank, including, but not limited to, false applications for credit and mortgage brokers that were sent by developers on behalf of homeowners to bank officials who knew said

transactions, applications, and commitment letters were either dishonest or based on fraudulent material information.

New Orleans, Louisiana this 14th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE